```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,

                 Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 98.7.45.226

                 Defendant.

1:22-cv-4668 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Counsel is directed to appear for a Status Conference on May 9, 2023 at 12:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Date:  April 3, 2023
        New York, NY

                                                       */s/ Mary Kay Vyskocil*
                                                       **MARY KAY VYSKOCIL**
                                                       **United States District Judge**